UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00252-FDW

| | |
|---|---|
| HARRY SCOTT JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Motion for Entry of Judgment With Remand Under Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 17). For the reasons submitted in Defendant's Motion, and after reviewing the entire record in the case, this unopposed motion is GRANTED.

It is therefore ordered that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Signed: February 23, 2015

Frank D. Whitney
Chief United States District Judge